# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § DARIO JAVIER TREJO-BURBANO § § Defendant. | CRIMINAL NO. EP-25-MJ-2298-MAT |

## GOVERNMENT'S SUMMARY OF THE CASE

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas and undersigned Assistant United States Attorney, and files this Summary of the Case.

Defendant Dario Javier Trejo-Burbano is an alien to the United States and a citizen and national of Ecuador. On May 8, 2025, at approximately 10:40 am, Defendant, along with other individuals, crossed the Rio Grande River and entered the United States from Mexico near downtown El Paso at a place that is not designated as a port entry. The area that Defendant illegally entered the United States, and through which he entered and crossed over, is designated as the Texas National Defense Area ("NDA") and is a restricted military area managed by the United States Army. The area that Defendant entered the Texas NDA is protected by substantial and obvious security barriers, including concertina wire beginning on the north bank of the Rio Grande River, and by an eighteen foot-high fence with concertina wire at the foot of the fence and at the top of the fence. Signage in the area where Defendant crossed the Rio Grande River warns against trespass. Defendant, nevertheless, entered the Texas NDA without authorization and

surreptitiously crossed through the Texas NDA and into a residential neighborhood where he fled from Border Patrol Agents who eventually were able to apprehend him.

Respectfully Submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:    */s/Chris Skillern*
      J. Chris Skillern
      Texas Bar 24037506
      Assistant U.S. Attorney
      700 E. San Antonio, Suite 200
      El Paso, Texas 79901
      (915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this sealed document will be provided to Defendant's attorney.

      */s/Chris Skillern*
      J. Chris Skillern
      Assistant U.S. Attorney